

# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

3/11/2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/11/2015 3:54:10 PM
CHRISTOPHER A. PRINE
Clerk

NOTICE OF APPEALS
ASSIGNMENT OF COURT THE COURT OF APPEALS

TO:     FIRST  COURT OF APPEALS

From:   Deputy Clerk: DUANE C. GILMORE
        Chris Daniel, District Clerk
        Harris County, T E X A S

CAUSE: 2010-64752   COURT#:127TH

NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE FIRST COURT OF APPEALS

VOLUME:   PAGE:     OR     IMAGE #: 64304986

NOTICE OF APPEAL FILE DATE: 3/8/2015

ATTORNEY/FILER: ERNEST RAY KOONCE SBOT: 1 (Pro Se)

JUDGMENT DATE: 2/17/2015                    DUE DATE: 3/18/2015

MOTION FOR NEW TRIAL FILE DATE: January 5, 2015

NUMBER OF DAYS: ( CLERKS RECORD ) 10

FILE ORDERED:  YES ☐   NO ☒   IMAGED FILED:  YES ☒  NO ☐

REQUEST FOR TRANSCRIPT FILED? NONE

NOTICE OF APPEAL PREVIOUSLY FILED: NO     IF YES, APPELLATE NO(S):

NOTES: ACCELERATED APPEAL

CODES FOR NOTICE OF APPEAL:     D
                                OA

                        CHRIS DANIEL
                        Harris County, District Clerk


                        By:   /S/ DUANE C. GILMORE
                            DUANE C. GILMORE , Deputy

BC     NOTICE OF APPEAL FILED
BG     NOTICE OF APPEAL FILED – GOVERNMENT
C      JUDGMENT BEING APPEALED
D -    ACCELERATED APPEAL
OA     NO CLERK'S RECORD REQUEST FILED
O      CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA     AMENDED NOTICE OF APPEAL

3/8/2015 9:36:34 PM
Chris Daniel - District Clerk Harris County
Envelope No. 4412382
By: Duane Gilmore
Filed: 3/8/2015 9:36:34 PM

CAUSE NO. 2010-64752

| | | |
|---|---|---|
| ERNEST RAY KOONCE, AND | § | IN THE DISTRICT COURT OF |
| JOYCE L. KOONCE (DECEASED), | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| HOMEQ SERVICING, WELLS | § | |
| FARGO BANK, N.A., OCWEN | § | |
| LOAN SERVICING, LLC, MANN & | § | |
| STEVENS, P.C., | § | |
| Defendants. | § | 127TH JUDICIAL DISTRICT |

## PLAINTIFFS' NOTICE OF APPEAL

Comes now, Plaintiff, Ernest Ray Koonce, and files his notice of interlocutory Appeal and desires to appeal the case to either the First or the Fourteenth Court of Appeals. Wells Fargo asked for a new trial, the previous order granting the plea to the jurisdiction was overturned, and the replacement order was signed on February 17, 2015 granting a new trial and denying the plea to the jurisdiction. Plaintiff filed a motion in the trial court requesting permission to file the interlocutory appeal and set the matter on the submission docket for February 23, 2015. Judge Sandill has not signed an order on that motion to date, to the best of my knowledge.

Dated:     March 8, 2015          Respectfully submitted,

*/s/ Ernest Ray Koonce*
Ernest Ray Koonce
15938 Fleetwood Oaks Drive
Houston, Texas 77079
(832)328-7171
rayk469@yahoo.com

## CERTIFICATE OF SERVICE

The above and foregoing document was served in accordance with Rule 21a on or about this 8th day of March 2015, on all interested parties in this case.

_/s/ Ernest Ray Koonce_

Ernest Ray Koonce

CASE NUM: 201064752__ PJN> __  TRANS NUM: _____  CURRENT COURT: 127 PUB? _
CASE TYPE: OTHER CIVIL                  CASE STATUS: NEW TRIAL GRANTED
STYLE: KOONCE, ERNEST RAY               VS BARCLAYS CAPITAL REAL ESTATE INC
===============================================================================
                        **** ACTIVE PARTIES ****

| PJN NUM | PER/CONN NUMBER | COC | BAR | PERSON NAME | PTY STAT | ASSOC. ATTY |
|---|---|---|---|---|---|---|
| _ | 00010-0002 | XPL | 00787303 | WELLS FARGO BANK N A (AS TRUST | | CRONENWETT, M |
| _ | 00001-0002 | XDF | | KOONCE, ERNEST RAY | | |
| _ | 00008-0001 | DEF | | MANN & STEVENS P C (SUBSTITUTE | | |
| _ | 00002-0001 | DEF | | BARCLAYS CAPITAL REAL ESTATE I | | |
| _ | 00001-0001 | PLT | | KOONCE, ERNEST RAY | | PRO-SE |

==> (5) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.   7=BACKWARD     8=FORWARD      9=PTY. ADDR.   10=REFRESH    11=HELP

CASE NUM: 201064752__ PJN> __  TRANS NUM: _____  CURRENT COURT: 127 PUB? _
CASE TYPE: OTHER CIVIL                  CASE STATUS: NEW TRIAL GRANTED
STYLE: KOONCE, ERNEST RAY               VS BARCLAYS CAPITAL REAL ESTATE INC
===============================================================================
                        **** INACTIVE PARTIES ****

| PJN NUM | PER/CONN NUMBER | COC | BAR | PERSON NAME | PTY STAT | ASSOC. ATTY |
|---|---|---|---|---|---|---|
| _ | 00009-0001 | DEF | 24058722 | MANN & STEVENS P.C. | D | BATES, IAN D. |
| _ | 00010-0001 | DEF | 24070842 | WELLS FARGO BANK N A (AS TRUST | D | WALTERS, SARA |
| _ | 00010-0001 | PAD | 24070842 | WALTERS, SARAH ANN | | |
| _ | 00010-0001 | PAD | 00787303 | CRONENWETT, MARK DOUGLAS | | |
| _ | 00007-0001 | DEF | 24046107 | KESLER, REX L | D | HORN, ROBERT |
| _ | 00006-0001 | DEF | 24046107 | REDER, THOMAS E | D | HORN, ROBERT |
| _ | 00005-0001 | DEF | | PPSI (PARK PLACE SECURITIES) | D | |
| _ | 00004-0001 | DEF | | OCWEN LOAN SERVICING INC | D | |

==> (9) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.   7=BACKWARD     8=FORWARD      9=PTY. ADDR.   10=REFRESH    11=HELP

CASE NUM: 201064752__ PJN> __  TRANS NUM: _____  CURRENT COURT: 127 PUB? _
CASE TYPE: OTHER CIVIL                  CASE STATUS: NEW TRIAL GRANTED
STYLE: KOONCE, ERNEST RAY               VS BARCLAYS CAPITAL REAL ESTATE INC
===============================================================================
                        **** INACTIVE PARTIES ****

| PJN NUM | PER/CONN NUMBER | COC | BAR | PERSON NAME | PTY STAT | ASSOC. ATTY |
|---|---|---|---|---|---|---|
| _ | 00003-0001 | DEF | | WELLS FARGO BANK N A | D | |

==> (9) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.   7=BACKWARD     8=FORWARD      9=PTY. ADDR.   10=REFRESH    11=HELP